No. 484. ARNOLD ET AL. *v.* McAULIFFE ET AL. Supreme Court of Oklahoma. Certiorari denied. *James R. Eagleton* for petitioners.

No. 90, Misc. CROWE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 143, Misc. WIGHT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Wm. R. Perdue* for petitioner.

No. 153, Misc. DORSEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Bart. A. Riley* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell* and *Robert S. Erdahl* for the United States.

No. 241, Misc. BUTNER *v.* NEVADA. Supreme Court of Nevada. Certiorari denied. *Leslie E. Higgins* for petitioner. *Alan Bible,* Attorney General of Nevada, *Geo. P. Annand, Robert L. McDonald,* Deputy Attorneys General, and *M. A. Diskin* for respondent.

No. 255, Misc. THOMPSON *v.* ROBINSON, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 267, Misc. TREMBOIS *v.* STANDARD RAILWAY EQUIPMENT MANUFACTURING Co. Appellate Court for the First District of Illinois. Certiorari denied. Petitioner *pro se. Vincent O'Brien* for respondent.

No. 282, Misc. CARTER *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.